# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JAMES P. GREISE JR.,

               Petitioner,

    vs.

SARPY COUNTY, State of Nebraska;

               Respondent.

**8:20CV161**

**MEMORANDUM AND ORDER**

The petitioner has not paid the filing fee or submitted a motion to proceed in forma pauperis by the due date, May 28, 2020.  Accordingly,

IT IS ORDERED that the Petition for Writ of Habeas Corpus (filing no. 1) is denied without prejudice. No certificate of appealability will be issued.

Dated this 11th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge